# UNITED STATES DISTRICT COURT
## for the
### Middle District of Alabama

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| AARON MCCRAY ) | Case No: 1:96cr114-ID-3 |
| ) | USM No: 09795-002 |
| Date of Previous Judgment: 8/8/2000 ) | N/A |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  X  the defendant  ☐ the Director of the Bureau of Prisons  ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   X GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of  324  months **is reduced to**  262  .

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 38 | Amended Offense Level: | 35 |
| Criminal History Category: | V | Criminal History Category: | V |
| Previous Guideline Range: | 360 to Life months | Amended Guideline Range: | 262 to 327 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

X  The reduced sentence is within the amended guideline range.

X  The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

X  Other (explain):   The amended sentence consists of 262 months imprisonment in Count 1 and 240 months imprisonment on Counts 9 and 12, each Count to be served concurrently for a total term of 262 months.

**III. ADDITIONAL COMMENTS**

The Court has considered the factors set forth in 18 U.S.C. 3553(a) in making its reduction determination pursuant to 18 U.S.C. § 3582(c)(2)/Amendment 706.

Except as provided above, all provisions of the judgment dated  8/8/2000  shall remain in effect.

**IT IS SO ORDERED.**

Order Date:  8/19/2009

_Judge's signature_

Effective Date:  9/2/2009
(if different from order date)

IRA DEMENT
SENIOR U.S. DISTRICT JUDGE
Printed name and title