AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| AARON MCCRAY | |

Case No. 1:96cr114-03-WHA

USM No. 09795-002

Stephen Ganter
_____
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)   3, 6 and 8   of the term of supervision.

☑ was found in violation of condition(s)   1, 2, 4, 5 and 7   after plea of no contest.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | New Criminal Offense - Drug Trafficking | 06/10/2016 |
| 2 | Possession of a Controlled Substance, Synthetic Marijuana | 06/10/2016 |
| 3 | Unlawful Use of a Controlled Substance, Synthetic Marijuana | 06/10/2016 |
| 4 | New Criminal Offense, Unlawful Poss. of a Controlled Sub. | 03/25/2016 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 2009

Defendant's Year of Birth: 1976

City and State of Defendant's Residence:
Dothan, AL

07/13/2016
Date of Imposition of Judgment

Signature of Judge

W. KEITH WATKINS, CHIEF U.S. DISTRICT JUDGE
Name and Title of Judge

7/14/16
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 1A

Judgment—Page __2__ of __3__

DEFENDANT: AARON MCCRAY
CASE NUMBER: 1:96cr114-03-WHA

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Possession of a Controlled Substance, Synthetic Marijuana | 03/25/2016 |
| 6 | Unlawful Use of a Controlled Substance, Synthetic Marijuana | 03/28/2016 |
| 7 | Possession of a Firearm | 06/10/2016 |
| 8 | Failing to Comply with Drug Testing and Drug Treatment | 06/08/2016 |

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
          Sheet 2— Imprisonment

Judgment — Page __3__ of __3__

DEFENDANT: AARON MCCRAY
CASE NUMBER: 1:96cr114-03-WHA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

> 30 months with no supervised release to follow. The term of supervised release imposed on January 23, 1997 is revoked.

☐ The court makes the following recommendations to the Bureau of Prisons:

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.



_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL